DISTRICT OF OREGON
**F I L E D**
**May 07, 2026**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

PETER C. McKITTRICK
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>KAIRABA ROYAL,<br><br><br>Debtor(s). | Case No. 26-60702-pcm13<br><br>ORDER ON DEBTOR'S MOTION TO EXTEND OR IMPOSE THE AUTOMATIC STAY |

Debtor Kairaba Royal (Debtor) commenced this chapter 13 case on March 20, 2026. ECF No. 1.  Because the Debtor had filed a case within the year preceding the filing of this case, Debtor filed a Motion to Extend or Impose Automatic Stay and Statement as to Good Faith Filing (Motion) on April 20, 2026, noticing a hearing for April 28, 2026.  ECF No. 23.

Under 11 U.S.C. § 362(c)(3)(B), the automatic stay in this case terminates 30 days after the petition date unless extended.  This section requires the hearing to be completed within 30 days of the petition date.  The hearing on the Motion was held past the 30-day deadline, which elapsed on April 19, 2026.  Therefore, because the court does not have the authority to extend the automatic stay,

IT IS HEREBY ORDERED that the Motion is DENIED.

# # #

Page 1 of 1 – ORDER ON DEBTOR'S MOTION TO EXTEND OR IMPOSE
THE AUTOMATIC STAY